## Effie Coan, Appellant, v. Alfred Auerbach, Appellee.

## Gen. No. 44,915.

Clarence W. Shaver, for appellant; Louis E. Levinson, of counsel; Irving Goodman, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full. Opinion filed April 25, 1950; released for publication May 10, 1950.